# RABICOFF LAW LLC

| | |
|---|---|
| 5680 KING CENTRE DR, SUITE 645 | (773) 669 4590 |
| ALEXANDRIA, VA 22315 | ISAAC @ RABILAW.COM |

April 8, 2022

**VIA ECF**

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

    Re: *Cedar Lane Technologies Inc. v. Vicon Industries Inc.* (1:22-02011)
        Motion for Refund of Fees Paid Electronically for Receipt
        Number BNYEDC-15455457

    This firm represents Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") with regard to the above-referenced matter.

    On April 8, 2022, Plaintiff filed the opening documents and was erroneously charged the $402 twice (a total of $804).

    Accordingly, Plaintiff respectfully requests a refund of $402 fee for receipt number BNYEDC-15455457. Both payment receipts are attached to this request.

Dated: April 8, 2022                                           Respectfully submitted,

                                                                  **RABICOFF LAW LLC**

                                                                  */s/ Isaac Rabicoff*
                                                                  Isaac Rabicoff
                                                                  RABICOFF LAW LLC
                                                                  5680 King Centre Dr, Suite 645
                                                                  Alexandria, VA  22315
                                                                 773-669-4590
                                                                  isaac@rabilaw.com

                                                                **Counsel for Plaintiff**
                                                                **Cedar Lane Technologies Inc.**

Encs.